IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**BERNARD PRICE**                                                                           **PLAINTIFF**

**v.**                                                         **CIVIL ACTION NO. 2:08cv262-WAP-DAS**

**TUNICA COUNTY, MISSISSIPPI,
JAMES DUNN, CEDRICK BURNETTE,
PAUL BATTLE, III, BOBBY WILLIAMS
BILLY PEGRAM, as Tunica County Board
of Supervisors, individually and their official
capacities; K.C. HAMP, in his individual
capacity as Sheriff of Tunica County; and
UNKNOWN UNNAMED OFFICERS AND
AGENTS of the Tunica County Sheriff's
Department, individually and in their official
capacities**                                                       **DEFENDANTS**

## ORDER STAYING CASE

Local Rule 16.1 (B)(4) provides that "filing of an immunity defense motion shall stay the attorney conference and disclosure requirements and all discovery not related to the immunity issue, pending the court's ruling on the motion issue." The court finds the defendants herein have raised immunity by separate motion as required by Local Rule 16(B)(4)(a).

**IT IS, THEREFORE, ORDERED** that all proceedings in this case are hereby STAYED. However, the parties shall direct any request for immunity related discovery to the district judge. Further, the defendants shall notify the undersigned within ten (10) days of a decision on the immunity defense motion and shall submit a proposed order lifting the stay.

This 1st day of April, 2009.

                                                             /s/ David A. Sanders
                                                             U. S. Magistrate Judge