IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**BERNARD PRICE**     **PLAINTIFF**

**V.**     **CIVIL ACTION NO. 2:08-cv-262-WAP-DAS**

**TUNICA COUNTY, MISSISSIPPI, ET AL**     **DEFENDANTS**

## ORDER

This matter is before the court on the *ore tenus* motion of the parties to amend the Case Management Order for the purpose of extending certain deadlines. Having received representation of counsel for all parties that they agree to the extensions and being otherwise fully advised in the premises, the court finds that the motion is well-taken and that it should be granted.

**IT IS, THEREFORE, ORDERED** that the following extensions are granted: an extension to February 26, 2010 for completion of discovery; and March 12, 2010 for the filing of motions other than motions in limine.

**SO ORDERED AND ADJUDGED**, this, the 19th day of November, 2009.

/s/David A. Sanders
**UNITED STATES MAGISTRATE**